01- 15-00783-CR

TRIAL COURT CAUSE NO. 1408197

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| JUAN JIMENEZ | § | 183rd JUDICIAL DISTRICT |
| | § | |
| | § | |
| | § | |

## ORDER — ORIGINAL EXHIBITS

The Rules of Appellate Procedure indicate that "[i]f the trial court determines that original exhibits should be inspected by the appellate court or sent to that court in lieu of copies, the trial court must make an order for the safekeeping, transportation, and return of those exhibits." *See* TEX. R. APP. P. 34.6(g)(2). The Court has determined that the Official Court Reporter of the 338th does not have the technical resources or expertise to safely copy audio or audio video recordings for inclusion in appellate records as exhibits.

To ensure the integrity of the appellate record and the preservation of the original audio or audio video exhibits in the trial court's record, the Court ORDERS the Official Court Reporter, to the extent practicable, "arrange all the exhibits in their listed order and bind them firmly together." *See* TEX. R. APP. P. 34.6(g)(2).

The Court ORDERS the Harris County District Clerk to transport the following exhibits to the First/ Fourteenth Court of Appeals for their inspection and safekeeping in the above case:

| | Exhibit # | Brief Description |
|---|---|---|
| 1) | SX No. 6 | DVD/ calls to Seal Security |
| 2) | SX No. 7 | DVD/ 911 Calls |
| 3) | | |
| 4) | | |

Once the Appellate Clerk issues mandate in this matter, the Court would ask the Appellate Clerk contact the Harris County District Clerk to effectuate the safe return of the original exhibit(s) listed above.

8/20/15
Date signed

Reagan Clark
Judge, 183rd District Court

FILED
Chris Daniel
District Clerk

AUG 2 0 2015

Time:_____
Harris County, Texas
By_____
Deputy

13/965

09/29/2015

I, Clerk of the 1st COURT OF APPEALS, do hereby acknowledge receipt of the Appellate Records listed below from the District Clerk of Harris County, Texas.

| CAUSE NO. | Description | DEFENDANT'S NAME |
|---|---|---|
| 1408197 | SX-6 – DVD Calls to Seal Security<br>SX-7 – DVD 911 Calls | Juan Jimenez |
| 1448336 | SX-79 & 80 – DVD's | Michael Allen Seaton |

Received on this the _____ day of _____ 2015.

_____, Deputy



RECEIVE
FIRST COURT OF ...ALS
HOUSTON T... .. S

SEP 9 2015

PRINE

SHERRY RADACK
  CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
  JUSTICES

CHRISTOPHER A. PRINE
  CLERK OF THE COURT

JANET WILLIAMS
  CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District of Texas
## 301 Fannin Street
## Houston, Texas 77002-2066

October 2, 2015

Harris County District Clerk's Office -
Criminal
Harris County District Clerk - Criminal
1201 Franklin, Ste 3180
Houston, TX 77002
* DELIVERED VIA E-MAIL  and HARRIS
COUNTY MESSENGER*

  **RE:**   **Court of Appeals Number:** 01-15-00783-CR    **Trial Court Case Number:** 1408197

  **Style:**   Juan Jimenez v. The State of Texas

  **Attn:**  Exhibit Clerk- Barbara Anderson

    Pursuant to (**the trial court's/this Court's**) August 20, 2015 order, **State Exhibits 6 and 7** were ordered filed for our review.

    Pursuant to 1997 Supreme Court Order B.4, **State Exhibits 6 and 7** are being returned to the District Clerk's Office.

                                Sincerely,

                                Christopher A. Prine, Clerk of the Court

                                By Ora Patterson, Deputy Clerk

** PLEASE SIGN AND RETURN TO THE FIRST COURT OF APPEALS. **

Received by: _____ Date: _____

cc:    Judge 183rd District Court (DELIVERED VIA E-MAIL)
       Alan Curry (DELIVERED VIA E-MAIL)
       Court Reporter 183rd District Court (DELIVERED VIA E-MAIL)
       Juan Manuel Contreras Jr. (DELIVERED VIA E-MAIL)